UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20854-CR-MARTINEZ/GOODMAN

UNITED STATES OF AMERICA

    Plaintiff,

vs.

WOCAYDREEN ELDARIUS MORROW,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON MOTION TO SUPPRESS

**THIS CAUSE** came before the Court upon Defendant's Motion to Suppress Evidence [ECF No. 10], filed on December 21, 2016.

**THE MATTER** was referred to United States Magistrate Judge Jonathan Goodman, and accordingly, the Magistrate Judge conducted an evidentiary hearing on January 9, 2017. A Report and Recommendation [ECF No. 26] was filed on January 20, 2017, recommending that Defendant's Motion to Suppress Evidence [ECF No. 10] be **Denied**.

The parties were afforded the opportunity to file written objections if any, seven (7) calendar days from the date of the report, and each party may file a response to the other party's objection within five (5) calendar days from the date of the objection. The record reveals that objections were filed by Defendant's Counsel and noted by this Court. After a *de novo* review of the Record and Magistrate Goodman's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Jonathan Goodman's, Report and Recommendation [ECF No. 26] is hereby **ADOPTED AND AFFIRMED** in its entirety.

Defendant's Motion to Suppress Evidence [ECF No. 10] is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this __1__ day of February, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel Of Record